O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUAN CARRANZA,                         )   No. CV 10-06772-CAS (VBK)
                                       )
              Petitioner,              )   JUDGMENT
                                       )
      v.                               )
                                       )
LARRY E. SCRIBNER,                     )
                                       )
              Respondent.              )
_____)

     Pursuant to the Order Accepting the findings and recommendations

of the United States Magistrate Judge,

     **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is

dismissed with prejudice.

DATED: August 1, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE